## STATEMENT OF FACTS
## United States v. Ravi Singit

      Leading up to August 26, 2015, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals that have a sexual interest in children and incest.  The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo" and "perv."

      On Wednesday, August 26, 2015, at approximately 6:00 am, an individual later identified to be the defendant, Ravi Singit, responded to the UC's online advertisement by sending an email to the UC via the website.  In the email, the defendant said, "I'm 41 5'5" 185 lbs hwp indian male.  I'm business professional respect women.  I'm non smoker social drinker.  I'm DD free clean hygienic horny.  I've had incest relationship in the past with my cousin.  I work in Urbana."  The defendant also attached two pictures of himself.  At the bottom of the email were the defendant's name, "Robbie," a phone number, and email address.

      Between approximately 9:15 am and 11:12 am, the UC and the defendant engaged in a brief email conversation.  The UC replied to the defendant's initial email by saying, "Hi love incest, yng, etc…."[1]  The defendant then asked if the UC had an incest relationship and with whom.  The UC said that he had a young daughter and asked if the defendant was a dad and if he was into young.  The defendant said he was excited to hear the UC's story and asked if the UC had sex with his daughter or if it was all fantasy.  The UC said that his daughter was 9 and asked the age of the defendant's daughter.  The defendant again asked if the UC had sex with his daughter.  The UC said not yet and asked a second time for the age of the defendant's daughter.  The defendant said his daughter was 5.  When the UC asked if the defendant was "into her in an incest type of way," the defendant said, "You know what, why don't we talk?  I'm not email person."

      At approximately 12:17 pm, the UC began a text message conversation with the defendant by sending a text message to the phone number at the bottom of the defendant's email.  During the course of the conversation, the UC told the defendant that he lived in Washington, DC and had shared custody of his 9 year old daughter.  The defendant told the UC that he lived in Rockville (Maryland).  When the UC asked if the defendant likes "young," the defendant replied, "Not really", "Fantasies of insst", "Having sex with family cousins."  The defendant

---

[1] All abbreviations, grammatical errors, and misspellings from the conversations between the UC and the defendant have been preserved when quoted in this document.

asked if the UC was straight. The UC said that he was straight and was looking for other "incest dads that like young and have young daughters." The defendant said, "I'm bi. I like grown up young." The defendant asked, "What kind of fantasies do u have for your daughter". The UC replied, "Licking touching and stuff like that. do u have any of yours yet or when she is older." The defendant said, "Yes oral." The defendant asked if the UC had seen his daughter's "pussy," and the UC said, "I have :) What about you." The defendant replied, "Its been a year." The defendant asked if the UC's daughter responded to his advances. The UC said that she did and asked, "What about u". The defendant replied, "No." The UC asked how the defendant saw his daughter's "pussy," and the defendant replied by asking if he could call the UC. The defendant called the UC, but the UC did not answer the call.

A short time later, the UC called the defendant back and recorded their conversation, which lasted around 15 minutes. During the telephone call, the defendant said that he has fantasies about his daughter but does not want to do "it" while she is young and would not understand. However, the defendant also said that he has seen his daughter's "pussy" and there was a time that he took showers with her. The defendant asked the UC if his daughter likes his touches and if she touches the UC back. When the UC told the defendant that his daughter "jerks him off," the defendant replied, "Wow! She jerks you, you're lucky." The UC described other sexual acts he engages in his with purported daughter and the defendant said, "Wow! That's nice. Does she have any pubic hair?" The defendant also asked if the UC's daughter gives a good blow job. When the UC said yes, the defendant replied, "Wow. Cool, cool."

The UC said that there are not many people who are into and when they first talked he thought the defendant only liked adults. The defendant replied that before he was married he used to tell his friends he was going to "fuck his daughter." The defendant asked the UC if the UC's daughter "cums also." When the UC asked how far the defendant has gone with his daughter, the defendant said that his wife knows he has these tendencies and tries to keep him away from their daughter. At the defendant's request, the UC described how he began abusing his daughter. The defendant then asked if the girl likes it and said, "Wow. She was just waiting for it." The defendant said that he had tried to touch his daughter and finger her, but it was rough and she did not have any feelings.

The defendant asked the UC, "Why no fucking?" He also asked when the last time the UC's daughter sucked him. The UC said that he gets his daughter pretty much anytime he wants and that she doesn't tell. During the UC told the defendant that it was a fantasy of his to see his daughter with another man, and that he has talked to his daughter about it. The UC said it would be hot to meet someone with the same interest and see her with someone while he watched and joined in. The defendant replied, "I would like to join." The UC said that maybe they could work it out and asked how close the defendant is to DC. The defendant said he is in Rockville. The defendant asked when the UC's daughter was coming next. The defendant said that

2

weekdays would be okay but might be tight because he works in Urbana, near Frederick. When the UC said that his daughter starts school next week, the defendant said, "So do you want to do it this weekend?" The UC and the defendant discussed meeting on Friday or the following week. The defendant said evening would be the best time for him. The UC said that he would understand if his daughter was too young for the defendant, but the defendant said it was fine. The UC said he was not sure if the defendant liked young because he kept talking about older when they first talked. The defendant said he was nervous. The defendant asked for the UC's picture. The UC said that he would send it but asked if it was okay with the defendant if he was not bisexual. The defendant said that was fine. The UC said he would let the defendant know when he talked to his daughter. The defendant said he was looking forward to Friday and the call ended.

After the phone call on August 26, the defendant sent a text message to the UC saying, "Send me your and your daughters picd", "Including pyssy shots", "Fuck you made me horny." The UC sent the defendant a picture of a clothed child. The defendant replied, "Wow you are lucky dude." The UC then sent a picture of himself. The UC asked if the defendant had any of his daughter. The defendant sent a picture of four kids and an adult woman sitting on a couch and said that the one in the middle was his daughter. The defendant again asked if the UC had a "pussy pic." When the UC said he would not send one until they met or the defendant had one to send too, the defendant replied, "That's okay, I can understand", "I'm as much concerned as you are. Let's be careful about it", "I don't want to get into trouble neither I want you to.", "Sure, I'm waiting for Friday." The UC agreed "safety first" and said that he would have his daughter Monday and Tuesday of next week, or possibly tomorrow. The defendant replied, "OK I'm game for tomorrow or Monday," "Update me tomorrow."

The following day, on Thursday, August 27, 2015, at approximately 9:21 am, the defendant sent a text message to the UC saying, "I'm imagining how you are being sucked by your daughter. I'm getting hard again. It's so horny and awesome. I can't wait to see her bald pussy and cream it." The UC replied that he would have his daughter on Monday and asked if that was good for the defendant. The defendant said yes.

On August 27, 2015, at approximately 9:38 am, the UC called the defendant and recorded the conversation. During the call, the UC asked if Monday was good for the defendant and he said yes, Monday was fine. The UC and the defendant discussed what time to meet. The defendant confirmed, "Around 6ish?" The defendant asked if parking was available and how long he should expect to stay. The call was disconnected and the defendant called the UC back to continue talking; the conversation was again recorded. The defendant asked if they could watch porn with the UC's daughter. The UC asked how the defendant wanted to "cum with her." The defendant replied, "in her mouth," and asked if she had done that before. The

3

defendant asked the UC how big his penis was. When the UC answered, the defendant said, "I'm about that so we should be good." The defendant also said he was DD free.

The UC and the defendant exchanged text messages on Friday, August, 28, 2015, and Monday, August 31, 2015, confirming their plans to meet at 6:00 pm on Monday.

During the investigation, law enforcement sensitive database searches linked the telephone number on the defendant's email and which the UC texted and called to communicate with the defendant to Ravi Singit of Rockville, Maryland. Open source, law enforcement sensitive and FBINET database searches fully identified the Ravi Gururaj Singit, including his date of birth, social security number, Maryland driver's license, and address in Rockville, Maryland. The available photographs of the defendant are of the same person in the photographs the defendant sent to the UC in the first email.

On August 31, 2015, the defendant drove from the state of Maryland into the District of Columbia for the purpose engaging in illicit sexual conduct with the purported 9 year old daughter of the UC, specifically to penetrate the girl's mouth with his penis. The defendant parked his car at a meter near the pre-arranged location in the District of Columbia and got out of the car with change in his hand. The UC introduced himself to the defendant and said that his ex had dropped off his daughter and she was upstairs waiting for them. The defendant said, "Okay, great," and walked to the meter and began putting money in the meter. The defendant was then arrested.

The defendant was interviewed by law enforcement and waived his Miranda rights. The defendant admitted that he traveled from Maryland to DC to meet the UC, with whom he had been communicating. The defendant admitted that he knew the UC had a 9 year old daughter, but denied he was coming to sexually abuse with the child. The defendant said that he was bisexual. The defendant said that he was not sexually interested in kids and only liked adults. Later in the interview, the defendant said that he wanted to watch to see how far the UC would go with the girl but he was not going to participate.

_____
Detective Timothy Palchak


Sworn before me this _____ day of _____


_____
Magistrate Judge G. Michael Harvey
United States District Court for the District of Columbia